ADAM GORDON
United States Attorney
JANAKI G. CHOPRA
California Bar No. 272246
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-8817
Janaki.Chopra@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FORSTER,<br><br>Defendant. | Case No.: 20cr0325-CAB<br><br>UNITED STATES' SENTENCING SUMMARY CHART<br><br>Date:   March 27, 2026<br>Time:   9:30 a.m. |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Janaki G. Chopra, Assistant United States Attorney, and hereby files the attached United States' Sentencing Summary Chart, regarding the above-referenced matter.

DATED: March 20, 2026.                     Respectfully submitted,

                                           ADAM GORDON
                                           United States Attorney

                                           s/Janaki G. Chopra
                                           JANAKI G. CHOPRA
                                           Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)
Sentencing Date:  March 27, 2026

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name:  Michael Forster                    Docket No.:  20cr0325-CAB

Attorney's Name:  Janaki G. Chopra, AUSA              Phone No.:  (619) 546-8817

Guideline Manual Used:  November 1, 2025              Agree with USPO Calc.:  No

Base Offense Level(s): USSG §§ 2X1.1(a), 2B1.1(a)(2)                                       6

Specific Offense Characteristics:

USSG § 2B1.1(b)(1)(F) (Gain > $150,000)                                                 +10

USSG § 2B1.1(b)(2)(A) (More than 10 victims)                                            +2

Adjustment for Role in the Offense:                                                       0

Adjusted Offense Level:                                                                   18

☒ Combined (Mult. Counts)     ☐ Career Off.     ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG § 3E1.1(b)]       -3

Zero-Point Offender: USSG § 4C1.1                                                         -2

Total Offense Level:                                                                      13

Supervised Release Range (based on Total Offense Level): 1 to 3 years

Fine Range (based on Total Offense Level): $5,500 to $55,000

Criminal History Score:                                                                   0

Criminal History Category:                                                                I

Guideline Range: (range limited by statutory maximum)                    from  12  mths
                                                                           to  18  mths

Departures:
Variance equivalent to 2 levels (per plea agreement)                                     -2

USSG § 5K Departure                                                                      -10

Adjusted Offense Level:                                                                   1
Resulting Guideline Range:                                               from   0  mths
                                                                           to   6  mths


GOVERNMENT RECOMMENDATION: Time served; no supervised release; criminal forfeiture in the amount of $156,360; administrative forfeiture in the amount of $156,764; $20,000 fine; $100 special assessment.