UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL FORSTER,

Defendant.

Case No.  20-cr-0325-CAB

SECOND ORDER OF CRIMINAL FORFEITURE REGARDING ADMINISTRATIVE FORFEITURE

On or about March 30, 2021, this Court entered its Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MICHAEL FORSTER ("Defendant") in a personal money judgment against Defendant in the amount of $156,360.00 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Since the filing of the Order of Criminal Forfeiture, Defendant has paid the money judgment of $156,360.00 which fully satisfies the forfeiture money judgment and is forfeited in its entirety to the United States upon entry of this Order.

As part of Defendant's plea in this case, he agreed to pay the United States an additional forfeiture amount for uncharged criminal conduct, which forfeiture would be conducted administratively by the FBI.  The Defendant agreed to pay the FBI the sum of $156,764 by way of cashier's check made payable to the United States Marshal Service for administrative forfeiture proceedings related to uncharged conduct, which the defendant agreed were proceeds subject to forfeiture to the United

States pursuant to 18 U.S.C. § 981(a)(1)(C). The Defendant further waived timely notice of forfeiture in this proceeding and all other administrative and civil proceedings and agreed to the immediate entry of an order of forfeiture in this matter.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, Defendant MICHAEL FORSTER is to pay the sum of $156,764 to the FBI by *MONTHLY* cashier's check payable to the United States Marshal Service mailed to FBI San Diego Division, Asset Forfeiture Unit at 10385 Vista Sorrento Parkway San Diego, CA 92121. The Defendant is ordered and directed to pay monthly not less than 30% of his net monthly income, to be processed in administrative forfeiture proceedings pursuant to 18 U.S.C. § 981(a)(1)(C).

The Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture of the sum of $156,764.

Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

The United States may, at any time, move pursuant to 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $156,764 to satisfy the forfeiture in whole or part.

The United States may take any and all actions available to it to collect and enforce the forfeiture.

IT IS FURTHER ORDERED that the $156,360.00 paid by Defendant to satisfy the forfeiture money judgment previously entered in the Order of Criminal Forfeiture, is hereby forfeited in its entirety to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS SO ORDERED.

DATED: 4/3/2026

Honorable Cathy Ann Bencivengo
United States District Judge

- 2 -                                        20cr0325